IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12MJ84 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | REASSIGNMENT ORDER |
| JAIME RODRIGUEZ-AYALA, EDGAR JAVIER VELASQUEZ-CORRALES, CONRADO GARCIA-ALVAREZ, and REYNALDO SALAZAR-VEGA, | ) | |
| Defendants. | ) | |

Before the court is the Notice of Related Case (Filing No. 36) filed by the Defendant, Jaime Rodriguez-Ayala, indicating that this case is related to 8:12CR90. After a review of the matter the court finds that these cases are related. Accordingly,

IT IS ORDERED that

1. The above case is reassigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters; and

2. Filing No. 37 is stricken from the docket.

DATED this 10th day of April, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge